15 So.2d 920

### In the matter of Fred WALL, an Attorney.

8 Div. 198.

Supreme Court of Alabama.

Oct. 7, 1943.

Fred Wall, pro se.

702

Jas. W. Aird, of Birmingham, for appellee.

PER CURIAM.

Upon consideration of the evidence in this case the court is of the opinion the petition for reinstatement as an attorney should be granted. The order of the Board of Commissioners will be reversed and one here entered granting petitioner's application for reinstatement to practice as an attorney in this state.

Reversed and rendered.

All the Justices concur.